IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAVELL GREEN                                          PLAINTIFF

      v.            Civil No. 4:12-cv-04037

SHERIFF JAMES SINGLETON;
JAIL ADMINISTRATOR JOHNNY
GODBOLT; SARGENT BERONICA
MAULDIN; JAILER SIMON AMES;
JAILER KATHY FINCHER; and
PIERRE SUMMERVILLE                           DEFENDANTS

## ORDER

For the reasons stated in a memorandum opinion being entered today, the Defendants' motion for partial summary judgment (ECF Nos. 29-31) is **GRANTED**. All claims against Sheriff Singleton, Jail Administrator Godbolt, Sergeant Mauldin, and Officer Summerville are dismissed. Additionally, any official capacity claims against Jailer Simon Ames and Jailer Kathy Fincher are dismissed.

IT IS SO ORDERED this 3rd day of September 2014.

                                                 /s/ Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 UNITED STATES MAGISTRATE JUDGE