IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


LAVELL GREEN                                                                                    PLAINTIFF


V.                                          CIVIL NO. 4:12-cv-04037


SHERIFF JAMES SINGLETON;
JOHNNY GODBOLT; SGT.
VERONICA MAULDIN;
SIMON AMES; KATHY
FINCHER; and PIERRE SUMMERVILLE                                              DEFENDANTS


## JUDGMENT

Plaintiff proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated in the Arkansas Department of Corrections Cummins Unit in Grady, Arkansas.  Currently before me is the Joint Motion to Dismiss.  ECF No. 44.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 19.  Pursuant to this authority, I find this Motion ready for decision and issue this Judgment.

Plaintiff filed his Complaint in this matter on April 23, 2012 alleging Defendants subjected him to excessive force while he was incarcerated in the Hempstead County Detention Center.  ECF No. 1.

On September 22, 2014, the parties filed the instant Joint Motion to Dismiss stating the parties entered into a settlement agreement, and requesting Plaintiff's Complaint be dismissed with

prejudice pursuant to such settlement agreement.  ECF No. 44.

For the foregoing reasons, the Joint Motion to Dismiss (ECF No. 44) is **GRANTED** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice pursuant to the parties settlement agreement.   The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED this 10th day of October 2014.**


/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE